Name and address:

> Anderson J. Duff
> Revision Legal, PLLC
> 244 5th Ave. Ste. 2230
> New York, New York 10001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company, and CELLULAR BIO DELIVERY LIVING, INC., Plaintiff(s), v. RICHARD STAACK, an Individual, and DOES 1 through 20, inclusive, Defendant(s), | CASE NUMBER 5:18-cv-01588-SVW-SP APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Duff, Anderson J.
*Applicant's Name (Last Name, First Name & Middle Initial)*       check here if federal government attorney ☐

Revision Legal, PLLC
*Firm/Agency Name*

244 5th Ave. Ste. 2230                      212.996.4103                  212.996.5863
                                            *Telephone Number*           *Fax Number*
*Street Address*

New York, New York 10001                    anderson@revisionlegal.com
*City, State, Zip Code*                     *E-mail Address*

**I have been retained to represent the following parties:**

| | | |
|---|---|---|
| Water for Living, LLC | ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* | |
| Cellular Bio Delivery Living, Inc. | ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* | |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| SDNY/EDNY | 05/24/2016 | Yes |
| D. Mass. | 05/16/2017 | Yes |
| ND Ill. | 03/27/2017 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

*Previous E-mail Used (if applicable)*

Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated August 6, 2018

Anderson J. Duff
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Yoo, Sung-Min C.
*Designee's Name (Last Name, First Name & Middle Initial)*

AlvaradoSmith, APC
*Firm/Agency Name*

1 MacArthur Place
Suite 200
*Street Address*

Santa Ana, CA 92707
*City, State, Zip Code*

714-852-6800
*Telephone Number*

714-852-6899
*Fax Number*

cyoo@alvaradosmith.com
*E-mail Address*

169442
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated August 6, 2018

Yoo, Sung-Min C.
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Sixth Circuit - 3/14/2017 - Active member in good standing
Massachusetts - 6/25/2013 - Active member in good standing
New York - 11/17/2010 - Active member in good standing

**PROOF OF SERVICE**
United States District Court – Central District of California
Eastern Division - Riverside
Water for Living, LLC, et al. v. Richard Staack, et al.
Case No. 5:18-cv-01588-SVW-SP

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707.**

On August 6, 2018, I served the foregoing document described as **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐   **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed in the Service List.

☐   **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐   **BY OVERNIGHT MAIL:** I deposited such documents at the GSO Overnight or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 6, 2018, at Santa Ana, California.

_____
Suzanne St. Clair

4677874.1 -- N1702.2

# SERVICE LIST
## United States District Court – Central District of California
## Eastern Division - Riverside
### Water for Living, LLC, et al. v. Richard Staack, et al.

**Case No. 5:18-cv-01588-SVW-SP** Water for Living, LLC, et al. v. Richard Staack, et al.
**5:18-cv-01588-SVW-SP**

| | |
|---|---|
| Eugene Kim, Esq.<br>Stream Kim Hicks Wrage & Alfaro, PC<br>3403 Tenth Street, Suite 700<br>Riverside, CA 92501 | Attorney for Richard Staack<br><br>Telephone: 951-783-9470<br>Facsimile: 951-783-9475<br>e-mail: Eugene.kim@streamkim.com |
| Lesley R. Arca, Esq.<br>Jurisprudence Health Law Group PC<br>1260 Iroquois Avenue, Suite 104<br>Naperville, IL 60563 | Attorney for Richard Staack<br><br>Telephone: 630-995-9220<br>Facsimile: 630-608-2848<br>e-maim: larca@jurisprudencehealth.com |
| Anderson J. Duff, Esq.<br>Revision Legal, PLLC<br>244 5th Avenue, Suite 2230<br>New York, New York 10001 | Attorney for Water for Living, LLC and Cellular Bio Delivery Living, Inc.<br><br>Telephone: 212-996-4103<br>Facsimile: 212-996-5863<br>e-mail: anderson@revisionlegal.com |