## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC and CELLULAR BIO DELIVERY LIVING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD STAACK and DOES 1 through 20, <br><br> Defendants. | Case No. 5:18-cv-01588-SVW-SP |

### DECLARATION OF ANDERSON J. DUFF

I, Anderson J. Duff, state the following:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts and the State of New York.

2. I am an active member of the bar in good standing in both Massachusetts and New York.

3. I represent Plaintiffs Water for Living, LLC and Cellular Bio Delivery Living, Inc. in the above-captioned matter.

4. On August 2, 2018, I requested current certificates of good standing from the Supreme Court of the State of New York Appellate Division: Second Judicial Department and the Supreme Judicial Court for The County of Suffolk in the Commonwealth of Massachusetts.

5. The Commonwealth of Massachusetts advised me that the relevant office would process my request within three (3) to five (5) business days after receipt of my written request and mail a certificate of good standing back to me.

6. The State of New York recited a similar time frame for processing and mailing a certificate of good standing.

7. I expect to have certificates of good standing from both the State of New York and the Commonwealth of Massachusetts in hand by Monday, August 13, 2018 at the latest.

8. I will submit copies of current certificates of good standing for both the Commonwealth of Massachusetts and the State of New York as soon as I receive them.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Date: New York, New York
August 6, 2018

By: _____
Anderson J. Duff

**PROOF OF SERVICE**
United States District Court – Central District of California
Eastern Division - Riverside
Water for Living, LLC, et al. v. Richard Staack, et al.
Case No. 5:18-cv-01588-SVW-SP

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707.**

On August 6, 2018, I served the foregoing document described as **DECLARATION OF ANDERSON J. DUFF** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐   **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed in the Service List.

☐   **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐   **BY OVERNIGHT MAIL:** I deposited such documents at the GSO Overnight or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on Aug. 6, 2018, at Santa Ana, California.

_____
Suzanne St. Clair

4677874.1 -- N1702.2

# SERVICE LIST
## United States District Court – Central District of California
## Eastern Division - Riverside
### Water for Living, LLC, et al. v. Richard Staack, et al.

**Case No. 5:18-cv-01588-SVW-SP** Water for Living, LLC, et al. v. Richard Staack, et al.
**5:18-cv-01588-SVW-SP**

Eugene Kim, Esq.
Stream Kim Hicks Wrage & Alfaro, PC
3403 Tenth Street, Suite 700
Riverside, CA 92501

Attorney for Richard Staack

Telephone: 951-783-9470
Facsimile: 951-783-9475
e-mail: Eugene.kim@streamkim.com

Lesley R. Arca, Esq.
Jurisprudence Health Law Group PC
1260 Iroquois Avenue, Suite 104
Naperville, IL 60563

Attorney for Richard Staack

Telephone: 630-995-9220
Facsimile: 630-608-2848
e-maim: larca@jurisprudencehealth.com

Anderson J. Duff, Esq.
Revision Legal, PLLC
244 5th Avenue, Suite 2230
New York, New York 10001

Attorney for Water for Living, LLC and Cellular Bio Delivery Living, Inc.

Telephone: 212-996-4103
Facsimile: 212-996-5863
e-mail: anderson@revisionlegal.com

AlvaradoSmith
A Professional Corporation
Santa Ana

4677874.1 -- N1702.2