FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER FOR LIVING, LLC, a Delaware Limited Liability Company, and CELLULAR BIO DELIVERY LIVING, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD STAACK, an Individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 5:18-cv-01588-SVW-SP<br><br>JUDGE: Stephen V. Wilson<br><br>*[Discovery Document: Referred to Magistrate Judge Sheri Pym]*<br><br>[PROPOSED] ORDER APPROVING STIPULATED DISMISSAL OF ACTION WITHOUT PREJUDICE |

///
///
///

The stipulation of the Parties regarding dismissal of the above-captioned action having been duly read and considered, **it is hereby ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is dismissed without prejudice.

Dated: 1/10/19          By: _____
                             Hon. Stephen V. Wilson